UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Justin M. Gillman, Esq.
Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, New Jersey 08837
(732) 661-1664
Attorney for Debtor(s)

**Order Filed on September 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Paul Kim
Young Sook Kim

Case No.:     18-15840

Chapter:       13

Judge:         CMG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 5, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Justin M. Gillman, Esq._____, the applicant, is allowed a fee of $ _____1,400.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____1,400.00_____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____N/A_____ per month for _____N/A_____ months to allow for payment of the above fee.

*rev.8/1/15*