UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Justin M. Gillman, Esq.
Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, New Jersey 08837
(732) 661-1664
Attorney for Debtor(s)

Order Filed on September 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Paul Kim
Young Sook Kim

Case No.:  18-15840

Chapter:  13

Judge:  CMG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 5, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Justin M. Gillman, Esq._____, the applicant, is allowed a fee of $ ___1,400.00___ for services rendered and expenses in the amount of $___0.00___ for a total of $___1,400.00___ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $___N/A___ per month for ___N/A___ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Paul Kim  
Young S Kim  
    Debtors

Case No. 18-15840-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 05, 2019  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2019.  
db/jdb         +Paul Kim,   Young S Kim,   1414 Suwanee Drive,   North Brunswick, NJ 08902-1635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2019 at the address(es) listed below:

         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert   Russo    docs@russotrustee.com  
         Justin M Gillman    on behalf of Debtor Paul   Kim ecf@gbclawgroup.com,  
         5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com  
         Justin M Gillman    on behalf of Joint Debtor Young S Kim ecf@gbclawgroup.com,  
         5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com  
         Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation  
         kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Richard James Tracy, III    on behalf of Creditor    M&T Bank rtracy@hillwallack.com,  
         tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                            TOTAL: 7