**Order Filed on September 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, NJ 08837
(732) 661-1664
Attorney for Debtor
By: Justin M. Gillman, Esq.

In Re:

    Paul Kim
    Young Sook Kim

Debtors

Case No.: 18-15840-CMG

Judge: Hon. Christine M. Gravelle, U.S.B.J.

Chapter:  13

Hearing Date:  9/18/2019

# ORDER MODIFYING THE PROOF OF CLAIM OF M&T BANK
## (CLAIM NO. 11)

The relief set forth on the following pages, numbers two (2) through two (2) is hereby ORDERED.

**DATED: September 19, 2019**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

- 1 -

- 2 -

THIS MATTER having been brought before the Court by way of the Debtor's Motion to Modify the Proof of Claim of M&T Bank (Claim No. 11); Justin M. Gillman, Esq., Gillman Bruton & Capone, LLC, appearing for the Debtors; and Notice of the within Motion having been given and parties having been given timely Notice of the Motion; and the Court having considered the submissions to it; and for Good Cause Shown;

IT IS ORDERED AS FOLLOWS:

1.  THAT the secured claim of M&T Bank (Claim No. 11) is hereby modified to the total sum of $234,781.95 and pre-petition arrears of $0.00 pursuant to the Loan Modification Agreement.

2.  THAT the secured claim of M&T Bank (Claim No. 11) shall receive no distributions through the Chapter 13 Plan.

2