UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, NJ 08837
(732) 661-1664
Attorney for Debtor
By: Justin M. Gillman, Esq.

Order Filed on September 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Paul Kim
    Young Sook Kim

                 Debtors

Case No.: 18-15840-CMG

Judge: Hon. Christine M. Gravelle, U.S.B.J.

Chapter:   13

Hearing Date:  9/18/2019

# ORDER MODIFYING THE PROOF OF CLAIM OF M&T BANK
## (CLAIM NO. 11)

The relief set forth on the following pages, numbers two (2) through two (2) is hereby ORDERED.

**DATED: September 19, 2019**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

- 1 -

THIS MATTER having been brought before the Court by way of the Debtor's Motion to Modify the Proof of Claim of M&T Bank (Claim No. 11); Justin M. Gillman, Esq., Gillman Bruton & Capone, LLC, appearing for the Debtors; and Notice of the within Motion having been given and parties having been given timely Notice of the Motion; and the Court having considered the submissions to it; and for Good Cause Shown;

IT IS ORDERED AS FOLLOWS:

1.    THAT the secured claim of M&T Bank (Claim No. 11) is hereby modified to the total sum of $234,781.95 and pre-petition arrears of $0.00 pursuant to the Loan Modification Agreement.

2.    THAT the secured claim of M&T Bank (Claim No. 11) shall receive no distributions through the Chapter 13 Plan.

2

United States Bankruptcy Court
District of New Jersey

In re:  
Paul Kim  
Young S Kim  
    Debtors

Case No. 18-15840-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 20, 2019  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2019.  
db/jdb        +Paul Kim,    Young S Kim,    1414 Suwanee Drive,    North Brunswick, NJ 08902-1635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2019 at the address(es) listed below:  
       Albert Russo     on behalf of Trustee Albert Russo docs@russotrustee.com  
       Albert Russo     docs@russotrustee.com  
       Justin M Gillman     on behalf of Debtor Paul Kim ecf@gbclawgroup.com, 5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com  
       Justin M Gillman     on behalf of Joint Debtor Young S Kim ecf@gbclawgroup.com, 5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com  
       Kevin Gordon McDonald     on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Richard James Tracy, III     on behalf of Creditor M&T Bank rtracy@hillwallack.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                               TOTAL: 7