UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Gillman, Bruton & Capone, LLC

Justin Gillman, Esq.
770 Amboy Avenue
Edison, NJ 08837
Phone #732-661-1664

Order Filed on June 22, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Paul and Young Sook Kim

Case No.: 18-15840-CMG

Chapter: 13

Judge: Christine M. Gravelle

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 22, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Justin Gillman_____, the applicant, is allowed a fee of $_____1,000.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____1,000.00_____. The allowance is payable:

  ☒ $__1,000.00___ through the Chapter 13 plan as an administrative priority.

  ☒ $____0_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____per month for _____months to allow for payment of the above fee.

*rev.8/1/15*

4819-8401-8926, v. 1